**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Dominguez, individually and on behalf of Samuel Dominguez, a minor child, | CV 10-01173-PHX-FJM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Unknown Denny; Jane Doe Denny; Andrew Shaw; Jane Doe Shaw; Kreg Klein; Jane Doe Klein; Alfonso Flores; Jane Doe Flores; Johnathon Conn; Jane Doe Conn; City of Phoenix, | |
| Defendants. | |

The court has before it the parties' stipulation for dismissal of this action with prejudice (doc. 101).

**IT IS ORDERED DISMISSING** this action with prejudice (doc. 101). Each party to bear their own costs and attorney's fees. **IT IS ORDERED VACATING** the trial set to begin on March 20, 2012.

DATED this 16th day of March, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge