**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Margaret Dominguez, individually and on )
behalf of Samuel Dominguez, a minor )
child, )
                              )
           Plaintiffs, )
                              )
vs. )
                              )
Unknown Denny; Jane Doe Denny;)
Andrew Shaw; Jane Doe Shaw; Kreg )
Klein; Jane Doe Klein; Alfonso Flores;)
Jane Doe Flores; Johnathon Conn; Jane )
Doe Conn; City of Phoenix, )
                              )
           Defendants. )
_____ )

CV 10-01173-PHX-FJM

**ORDER**

The court has before it the parties' stipulation for dismissal of this action with prejudice (doc. 101).

**IT IS ORDERED DISMISSING** this action with prejudice (doc. 101). Each party to bear their own costs and attorney's fees. **IT IS ORDERED VACATING** the trial set to begin on March 20, 2012.

DATED this 16ᵗʰ day of March, 2012.

_____
Frederick J. Martone
United States District Judge